# Exhibit A

# Copies of the State Court File

Electronically Filed
12/26/2025 8:12 PM
Steven D. Grierson
CLERK OF THE COURT

Case No. A-25-935656-C

Dept. XIX

## JUDICIAL DISTRICT COURT IN CLARK COUNTY, NEVADA

Michael Erickson, pro se,

Plaintiff,

v.

OPENAI, INC.,

Defendant.

## PROOF OF SERVICE

On December 22, 2025, the plaintiff filed a COMPLAINT. The manner of service of process was effectuated pursuant to NRCP 4(c)2, 4(e)1, and 4(e)2.

On this 26th day in December 2025

Michael Erickson

IN THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK

| | |
|---|---|
| Michael Erickson <br> Plaintiff/Petitioner <br> vs. <br> **OpenAI, Inc.** <br> Defendant/Respondent | Case No.: **A-25-935656-C** <br><br> DECLARATION OF SERVICE OF <br> Complaint; AFFIDAVIT OF SERVICE; Proof of Service |

Pursuant to NRS 239B.030, this document does not contain any social security numbers or otherwise prohibited personal information as defined in NRS 603A.040

Received by **Nina Fullwood**, on the **26th day of December, 2025 at 11:37 AM** to be served upon **THE CORPORATION TRUST COMPANY** at **CORPORATION TRUST CENTER 1209 ORANGE ST, WILMINTON, New Castle County, DE 19801**.
On the **26th day of December, 2025 at 2:29 PM**, I, **Nina Fullwood**, SERVED THE CORPORATION TRUST COMPANY at **CORPORATION TRUST CENTER 1209 ORANGE ST, WILMINTON, New Castle County, DE 19801** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **April Ransburg**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to April Ransburg who identified themselves as the person authorized to accept with identity confirmed by sign. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 35-45 years of age, 5'6"-5'8" tall and weighing 120-140 lbs.**

Service Fee Total: **$145.00**

No Notary is Required per NRS 53.045

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: *Nina Fullwood* (signature)    12/26/2025

Nina Fullwood    Date
Registration Number:
185 Fairhill Drive
Wilmington, DE 19808
302-893-6743



REF: **REF-23583192**

Page 1 of 1
Tracking #: **0201075087**

Electronically Filed
12/29/2025 2:53 PM
Steven D. Grierson
CLERK OF THE COURT

CNND

# DISTRICT COURT

# CLARK COUNTY, NEVADA

Michael Erickson, Plaintiff(s)

vs.

OPENAI Inc, Defendant(s)

A-25-935656-C

Department 19

## CLERK'S NOTICE OF NONCONFORMING DOCUMENT

Pursuant to Rule 8(b)(2) of the Nevada Electronic Filing and Conversion Rules, notice is hereby provided that the following electronically filed document does not conform to the applicable filing requirements:

| | |
|---|---|
| Title of Nonconforming Document: | Complaint |
| Party Submitting Document for Filing: | Plaintiff |
| Date and Time Submitted for Electronic Filing: | 12/22/2025 at 2:30 PM |

Reason for Nonconformity Determination:

☐ The document filed to commence an action is not a complaint, petition, application, or other document that initiates a civil action. *See* Rule 3 of the Nevada Rules of Civil Procedure. In accordance with Administrative Order 19-5, the submitted document is stricken from the record, this case has been closed and designated as filed in error, and any submitted filing fee has been returned to the filing party.

☒ The document initiated a new civil action and a cover sheet was not submitted as required by NRS 3.275.

1

Case Number: A-25-935656-C

☐ The document was not signed by the submitting party or counsel for said party.

☐ The document filed was a court order that did not contain the signature of a judicial officer. In accordance with Administrative Order 19-5, the submitted order has been furnished to the department to which this case is assigned.

☐ Motion does not have a hearing designation per Rule 2.20(b). Motions must include designation "Hearing Requested" or "Hearing Not Requested" in the caption of the first page directly below the Case and Department Number.

Pursuant to Rule 8(b)(2) of the Nevada Electronic Filing and Conversion Rules, a nonconforming document may be cured by submitting a conforming document. All documents submitted for this purpose must use filing code "**Conforming Filing – CONFILE**." Court filing fees will not be assessed for submitting the conforming document. Processing and convenience fees may still apply.

Dated this: 29th day of December, 2025

By:   /s/ Conformity Team
         Deputy District Court Clerk

**2**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2025, I concurrently filed and served a copy of the foregoing Clerk's Notice of Nonconforming Document, on the party that submitted the nonconforming document, via the Eighth Judicial District Court's Electronic Filing and Service System.

By: /s/ Conformity Team
 Deputy District Court Clerk

Electronically Filed
1/5/2026 12:28 PM
Steven D. Grierson
CLERK OF THE COURT

IN THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
IN AND FOR THE COUNTY OF CLARK

| | |
|---|---|
| Michael Erickson<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>**OPENAI, LLC**<br><br>Defendant/Respondent | Case No.:  A-25-935656-C<br><br>DECLARATION OF SERVICE OF<br>**Complaint; Summons; APPENDIX; SUPPORTING DOCUMENTS** |

Pursuant to NRS 239B.030, this document does not contain any social security numbers or otherwise prohibited personal information as defined in NRS 603A.040

Received by **Neil Alix Romero**, on the **5th day of January, 2026 at 1:09 PM** to be served upon **THE CORPORATION TRUST COMPANY** at **1209 ORANGE ST, WILMINTON, New Castle County, DE 19801**.
On the **5th day of January, 2026 at 2:20 PM**, I, **Neil Alix Romero**, SERVED THE CORPORATION TRUST COMPANY at **1209 ORANGE ST, WILMINTON, New Castle County, DE 19801** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **CT Corporation System, Registered Agent**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to CT Corporation System, Registered Agent. The individual appeared to be a black-haired black female contact 45-55 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with glasses.**

Service Fee Total: **$145.00**

No Notary is Required per NRS 53.045

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: *Neil A. Romero*   01/05/2026

Neil Alix Romero                                Date
Registration Number:
679 Robinson Ln B
Wilmington, DE 19805
302-601-3649

REF: **A-25-935656-C-SummonsAndComplaint**

Page 1 of 1
Tracking #: **0202146399**

Case Number: A-25-935656-C