| | |
|---|---|
| **From:** | nvd docket |
| **To:** | Docket Vegas |
| **Subject:** | FW: Transferred case has been opened |
| **Date:** | Tuesday, February 17, 2026 1:32:34 PM |

-----Original Message-----
From: ECF-CAND@cand.uscourts.gov <ECF-CAND@cand.uscourts.gov>
Sent: Friday, February 13, 2026 1:43 PM
To: nvd docket
Subject: Transferred case has been opened


CASE: 2:26-cv-00083

DETAILS: Case transferred from Nevada
has been opened in California Northern District as case 3:26-cv-01303, filed 02/12/2026.